# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Tony Roberts, | Case No: 15cv1044-WQH-(RBM) |
|---|---|
| Plaintiff, | **ORDER DENYING JOINT MOTION TO CONTINUE THE EVIDENTIARY HEARING (Doc. 146.)** |
| v. | |
| J. Beard et al., | |
| Defendants. | |

Before the Court is a Joint Motion to Continue the Evidentiary Hearing for Thirty Days. (Doc. 146.) The Joint Motion lists the following reasons why the parties would like to move the evidentiary hearing date:

1. to allow the Court an opportunity to rule on Plaintiff's motion to appoint counsel;

2. to allow the parties to meet and confer prior to the evidentiary hearing;

3. to allow the Court an opportunity to rule on motions for witnesses; and

4. to allow the CDCR to receive the transportation order so that Plaintiff can be present at the evidentiary hearing.

The Court does not find that any of these reasons are sufficient to justify continuing the evidentiary hearing. The Court has already denied Plaintiff's motion to appoint counsel and will rule on Plaintiff's motions to compel witnesses at the November 14, 2018 telephonic hearing. Moreover, the parties have met and conferred once over the evidentiary hearing and have plenty of time to do so again before the evidentiary hearing to be held on November 28, 2018. Finally, the CDCR will receive the transportation order in a timely manner. The joint motion to continue the evidentiary hearing is denied.

IT IS SO ORDERED.

DATE: October 26, 2018

Hon. Ruth Bermudez Montenegro
United States Magistrate Judge