1  XAVIER BECERRA
   Attorney General of California
2  MICHELLE DES JARDINS
   Supervising Deputy Attorney General
3  TERRENCE F. SHEEHY
   Deputy Attorney General
4  State Bar No. 203986
     600 West Broadway, Suite 1800
5    San Diego, CA 92101
     P.O. Box 85266
6    San Diego, CA 92186-5266
     Telephone: (619) 738-9545
7    Fax: (619) 645-2581
     E-mail: Terrence.Sheehy@doj.ca.gov
8  *Attorneys for Defendants A. Buenrostro, R. Davis, A. Parker, C. Meza*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY ROBERTS,**<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**J. BEARD, et al.,**<br><br>　　　　　　　　Defendants. | 3:15-cv-01044-WQH-RBM<br><br>**NOTICE OF LODGMENT OF THE PROPOSED PRETRIAL ORDER** |

**TO TONY ROBERTS, PLAINTIFF PRO SE:**

Please take notice that on July 3, 2019, counsel for Defendants A. Buenrostro, R. Davis, A. Parker, and C. Meza lodged a copy of the proposed pretrial order with the chambers of the Honorable William Q. Hayes in the United States District Court for the Southern District of California, as ordered in the Scheduling Order Regulating Pre-Trial Proceedings, ECF No. 181, at ¶ 4.

///

///

///

1

1  An electronic version of this document in Word format has also been emailed
2  to chambers.

3  Dated: July 3, 2019                      Respectfully submitted,

   XAVIER BECERRA
   Attorney General of California
   MICHELLE DES JARDINS
   Supervising Deputy Attorney General

   *s/ TERRENCE F. SHEEHY*

   TERRENCE F. SHEEHY
   Deputy Attorney General
   *Attorneys for Defendants
   A. Buenrostro, R. Davis, A. Parker,
   C. Meza*

SD2015802366
71884837.docx

# CERTIFICATE OF SERVICE

Case Name:   **Tony Roberts v. Beard, et al.**        No.   **3:15-cv-01044-WQH-RBM**

I hereby certify that on July 3, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF LODGMENT OF THE PROPOSED PRETRIAL ORDER

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On July 3, 2019, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Tony Roberts
C95215
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 3, 2019, at San Diego, California.

| T. Houston | Signature |
|---|---|
| Declarant | |

SD2015802366
71886345.docx